```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. Mag. No. 06-133 GGH
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  RONALD SANCHEZ,              )  Date:  July 28, 2006
                                 )  Time:  2:00 p.m.
15              Defendant.       )  Judge: Kimberly J. Mueller
                                 )
16  _____ )

17
```

18      RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant
19 Federal Defender, and the United States Government, by and through its
20 counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate
21 and agree to vacate the previously scheduled preliminary hearing date
22 of June 28, 2006 and set a preliminary hearing date of July 28, 2006 at
23 2:00 p.m..
24      Defense counsel and the government seek additional time to conduct
25 investigation and to explore pre-indictment settlement.  Discussions
26 following this further investigation will likely affect how the case is
27 ultimately charged.
28 ///

1   IT IS STIPULATED that the period from June 28, 2006 through July
2 28, 2006 be excluded in computing the time within which trial must
3 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
4 3161(h)(8)(B)(iv) and Local Code T4, for continuity and preparation of
5 counsel. The government fully concurs with this request.

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RONALD SANCHEZ

Dated: June 29, 2006

                                    MCGREGOR SCOTT
                                    United States Attorney


                                    /s/ Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
```

## ORDER

**IT IS SO ORDERED.**

Dated: 6/29/06                          /s/ Gregory G. Hollows
                                        _____
                                        U.S. Magistrate Judge

sanchez.ord2
Stip and order\Sanchez, Ronald (Mag. No. 06-133)