```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) NO. Mag. No. 06-133 GGH
                                 )
12            Plaintiff,         )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  RONALD SANCHEZ,              ) Date:  August 11, 2006
                                 ) Time:  2:00 p.m.
15            Defendant.         ) Judge: Dale A. Drozd
                                 )
16  _____)
```

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of July 28, 2006 and set a preliminary hearing date of August 11, 2006 at 2:00 p.m..

Defense counsel and the government seek additional time to allow the defendant - who has just been released from an in-patient drug rehabilitation program - time to discuss the proposed plea agreement with undersigned counsel.

///

1   IT IS STIPULATED that the period from July 28, 2006 through August
2   11, 2006 be excluded in computing the time within which trial must
3   commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
4   3161(h)(8)(B)(iv) and Local Code T4, for continuity and preparation of
5   counsel. The government fully concurs with this request.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RONALD SANCHEZ

Dated: July 17, 2006

MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: July 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Stip and order\Sanchez, Ronald (Mag. No. 06-133)