DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar # 159267
Senior Litigator
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. MAG. 06-133 GGH |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| RONALD SANCHEZ, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, Assistant Federal Defender, attorney for defendant, that the conditions of pretrial release be amended to include the following term:

   1. You shall participate in mental health, alcohol and/or drug counseling as directed by Pretrial Services.

   This change in conditions was recommended by Mr. Sanchez's Pretrial Services officer, Steve Sheehan, because Mr. Sanchez has just completed an in-patient drug rehabilitation program. All parties agree that further outpatient counseling is an appropriate addition to Mr.

Sanchez's Pretrial Release.

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

Dated: July 16, 2006            /S/CARO MARKS
                                      CARO MARKS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      RONALD SANCHEZ

                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated: July 16, 2006
                                      /S/ Caro Marks for JASON HITT
                                      JASON HITT
                                      Assistant U.S. Attorney

                                              **ORDER**

    **IT IS SO ORDERED.**

DATED: 7/25/06

                                /s/ Gregory G. Hollows
                                _____
                                HONORABLE GREGORY G. HOLLOWS
                                United States Magistrate Judge

sanchez133.ord