DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Mag. No. 06-133 GGH |
|---|---|
| Plaintiff, | ) **Amended** |
|  | ) STIPULATION AND         ORDER |
| v. | ) |
| RONALD SANCHEZ, | ) Date: August 25, 2006 |
|  | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Dale A. Drozd |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of August 11, 2006 and set a preliminary hearing date of August 25, 2006 at 2:00 p.m..

A continuance is necessary to allow time to discuss the proposed plea agreement with undersigned counsel.

IT IS STIPULATED that the period from August 11, 2006 through August 25, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

1  3161(h)(8)(B)(iv) and Local Code T4, for continuity and preparation of
2  counsel. The government fully concurs with this request.

   Respectfully submitted,

   DANIEL BRODERICK
   Federal Defender

   /s/ Caro Marks

   CARO MARKS
   Assistant Federal Defender
   Attorney for Defendant
   RONALD SANCHEZ

Dated: August 9, 2006

   MCGREGOR SCOTT
   United States Attorney

   /s/ Jason Hitt

   JASON HITT
   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**
Dated: 8/9/06

_____
U.S. Magistrate Judge

Stip and order\Sanchez, Ronald (Mag. No. 06-133)

2