DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Mag. No. 06-133 GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| | ) Date:  September 25, 2006 |
| RONALD SANCHEZ, | ) Time:  2:00 p.m. |
| | ) Judge: Gregory G. Hollows |
| Defendant. | ) |
| _____ | ) |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of August 25, 2006 and set a preliminary hearing date of September 25, 2006 at 2:00 p.m..

A continuance is necessary to allow defense counsel time to locate and interview percipient witnesses to the offense. Specifically, certain witnesses possess information about Mr. Sanchez's alleged possession of a gun and or ammunition. Defense investigators have interviewed one witness. Another percipient witness was recently

released from custody and defense investigators need additional time to interview him and to continue to develop evidence which might mitigate Mr. Sanchez's custodial exposure at trial or sentencing.

IT IS STIPULATED that the period from the signing of this Order, 2006 through and including September 25, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: August 24, 2006

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RONALD SANCHEZ
```

Dated: August 30, 2006

```
                                    MCGREGOR SCOTT
                                    United States Attorney


                                    /s/ Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: 8/30/06

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

sanchez133.ord-2

Stipulation & Order                    2