```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RONALD SANCHEZ,<br><br>            Defendant. | NO. Mag. No. 06-133 GGH/KJM<br><br>STIPULATION AND ORDER<br><br>Date:  October 31, 2006<br>Time:  2:00 p.m.<br>Judge: Kimberly J. Mueller |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of October 25, 2006 and set a preliminary hearing date of October 31, 2006 at 2:00 p.m..

A continuance is necessary to allow defense counsel time to complete its investigation regarding the percipient witnesses to the alleged offense, and to allow defense counsel time to gather information about the defendant that may be pertinent to sentencing, specifically, information relevant to defendant's recent completion of

1  drug rehabilitation.

2      IT IS STIPULATED that the period from the signing of this Order,
3  2006 through and including October 31, 2006 be excluded in computing
4  the time within which trial must commence under the Speedy Trial Act,
5  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
6  ongoing preparation of counsel. The government fully concurs with this
7  request.

8  Dated:  October 24, 2006

9                                          Respectfully submitted,

10                                         DANIEL BRODERICK
                                           Federal Defender

12                                         /s/ Caro Marks
                                           _____
13                                         CARO MARKS
                                           Assistant Federal Defender
14                                         Attorney for Defendant
                                           RONALD SANCHEZ

16  Dated: October 25, 2006

17                                         MCGREGOR SCOTT
                                           United States Attorney

19                                         /s/ Jason Hitt
                                           _____
20                                         JASON HITT
                                           Assistant U.S. Attorney

22                         **ORDER**

23  **IT IS SO ORDERED.**

24  Dated: October 25, 2006
                                           _____
                                           U.S. MAGISTRATE JUDGE

Stipulation & Order                2