```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. MAG-06-133 GGH/EFB
                                 )
12              Plaintiff,       )  STIPULATION AND ORDER
                                 )
13       v.                      )
                                 )  Date:  December 15, 2006
14  RONALD SANCHEZ,              )  Time:  2:00 p.m.
                                 )  Judge: Edmund F. Brennan
15              Defendant.       )
                                 )
16  _____ )

17
```

18    RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant
19 Federal Defender, and the United States Government, by and through its
20 counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate
21 and agree to vacate the previously scheduled preliminary hearing date
22 of December 1, 2006 and set a preliminary hearing date of December 15,
23 2006 at 2:00 p.m..

24    A further continuance is necessary to allow defense counsel time
25 to complete its investigation regarding the percipient witnesses to the
26 alleged offense, and to allow defense counsel time to gather
27 information about the defendant that may be pertinent to sentencing,
28 specifically, information relevant to defendant's recent completion of

drug rehabilitation.

IT IS STIPULATED that the period from the signing of this Order, 2006 through and including December 15, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: December 1, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RONALD SANCHEZ

Dated: December 1, 2006

                                        MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 1, 2006.

                                        _____
                                        EDMUND F. BRENNAN
                                        U.S. Magistrate Judge