```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   NO. MAG-06-133 GGH/EFB
                                   )
12                   Plaintiff,    )   STIPULATION AND        ORDER
                                   )
13       v.                        )
                                   )   Date:  February 26, 2007
14  RONALD SANCHEZ,                )   Time:  2:00 p.m.
                                   )   Judge: Gregory G. Hollows
15                   Defendant.    )
                                   )
16  _____  )

17
```

    RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of January 19, 2007 and set a preliminary hearing date of February 26, 2007, at 2:00 p.m..

    A further continuance is necessary to allow defense counsel time to complete its investigation pertinent to sentencing, specifically, information relevant to defendant's recent completion of drug rehabilitation, and to determine a pre-indictment resolution.

    IT IS STIPULATED that the period from the signing of this Order,

1  through and including February 26, 2007, be excluded in computing the
2  time within which trial must commence under the Speedy Trial Act,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
4  ongoing preparation of counsel. The government fully concurs with this
5  request.
6  Dated: January 19, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks

CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RONALD SANCHEZ

Dated: December 1, 2006

MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt

JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**
Dated: 1/26/07

GREGORY G. HOLLOWS

U.S. Magistrate Judge

Stipulation & Order Sanchez                2