DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. MAG-06-133 GGH/EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date: May 23, 2007 |
| RONALD SANCHEZ, ) | Time: 2:00 p.m. |
| ) | Judge: Gregory G. Hollows |
| Defendant. ) | |
| ) | |
| _____ ) | |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of April 23, 2007 and set a preliminary hearing date of May 23, 2007, at 2:00 p.m..

A further continuance is necessary to finish negotiating the plea agreement in this case. Specifically, the defendant intends to enter a guilty plea, and then to move for a variance from his guidelines sentence on grounds of post-offense rehabilitation. The parties are negotiating the terms of the plea agreement governing this variance

motion, and request a final continuance to resolve and memorialize this portion of the plea agreement. The parties anticipate the defendant will enter a guilty plea at the next court hearing.

IT IS STIPULATED that the period from the signing of this Order, through and including May 23, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: April 19, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RONALD SANCHEZ

Dated: April 23, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: April 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sanchez0133.ord

2