McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 06-MJ-0133 GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | DATE |
| | ) | |
| RONALD SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, United States of America, by its counsel,

Assistant United States Attorney Jason Hitt, and defendant Ronald

Sanchez, by his counsel, Caro Marks, Esq., hereby stipulate and

agree that the currently-set preliminary hearing date of July 23,

2007, at 2:00 p.m. should be continued to August 23, 2007, at

2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary

hearing within meaning of Rule 5.1(d) because the parties have

reached a pre-indictment resolution of the case against Mr.

Sanchez.  Mr. Sanchez recently successfully completed a drug

treatment program and the parties are seeking to have the matter

set for a change of plea on an information before a United States

District Judge during the week of August 6, 2007.

/ / /

1

1    Counsel further stipulate that an exclusion of time from

2 July 23, 2007, until August 23, 2007, is appropriate under the

3 Speedy Trial Act because the government has produced discovery

4 and is completing a proposed plea agreement to counsel for the

5 defendant and defense counsel needs time to review the material

6 and discuss the significance of the discovery and the forthcoming

7 plea agreement with the defendant.  As a result, counsel for both

8 parties believe time should be excluded under Local Code T4 to

9 allow reasonable time to prepare defense of the case.  18 U.S.C.

10 § 3161(h)(8)(B)(iv); see Local Code T4.

11

12 Dated: July 23, 2007              /s/ Jason Hitt
                                     JASON HITT
13                                   Assistant U.S. Attorney

14

15 Dated: July 23, 2007              /s/ Jason Hitt
                                     Telephonically authorized by
16                                   Ms. Marks to sign on 07-23-07
                                     CARO MARKS, ESQ.
17                                   Counsel for RONALD SANCHEZ

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1.   The Court finds good cause to extend the Preliminary Hearing currently set for July 23, 2007, to August 23, 2007, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.   Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through August 23, 2007.


IT IS SO ORDERED.

Date: 7/23/07                /s/ Gregory G. Hollows
                            _____
                            UNITED STATES MAGISTRATE JUDGE

sanchez.eot