```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) NO. MAG-06-133 GGH/EFB
                                 )
12              Plaintiff,       ) STIPULATION AND ORDER
                                 )
13       v.                      )
                                 ) Date:  September 21, 2007
14  RONALD SANCHEZ,              ) Time:  2:00 p.m.
                                 ) Judge: Gregory G. Hollows
15              Defendant.       )
                                 )
16  _____)
```

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of August 23, 2007 and set a preliminary hearing date of September 21, 2007, at 2:00 p.m..

A further continuance is necessary to allow the parties to complete their negotiations of that portion of the plea agreement that contemplates the defense moving for a variance based on defendant's post-offense rehabilitation.

/////

1   IT IS STIPULATED that the period from the signing of this Order,
2 through and including September 21, 2007, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
5 ongoing preparation of counsel. The government fully concurs with this
6 request.

Dated: August 23, 2007

                                                        Respectfully submitted,

                                                        DANIEL BRODERICK
                                                        Federal Defender

                                                        /s/ Caro Marks
                                                        _____
                                                        CARO MARKS
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        RONALD SANCHEZ

Dated: April 23, 2007

                                                         MCGREGOR SCOTT
                                                        United States Attorney

                                                        /s/ Jason Hitt
                                                        _____
                                                        JASON HITT
                                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: August 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sanchez0133.stipord

2