DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. MAG-06-133 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date:  November 5, 2007 |
| RONALD SANCHEZ, ) | Time:  2:00 p.m. |
| ) | Judge: Gregory G. Hollows |
| Defendant. ) | |
| ) | |
| _____ ) | |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of October 5, 2007 and set a preliminary hearing date of November 5, 2007, at 2:00 p.m..

A further continuance is necessary to allow the parties to complete their negotiations of that portion of the plea agreement that contemplates the defense moving for a variance based on defendant's post-offense rehabilitation.

/////

1   IT IS STIPULATED that the period from the signing of this Order,
2   through and including November 5, 2007, be excluded in computing the
3   time within which trial must commence under the Speedy Trial Act,
4   pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
5   ongoing preparation of counsel. The government fully concurs with this
6   request.
7   Dated: October 4, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RONALD SANCHEZ

Dated:  October 4, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:   October 4, 2007.

_____
U.S. MAGISTRATE JUDGE

Stipulation & Order Sanchez                  2