```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 06-MJ-0133 GGH/EFB |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date:  December 5, 2007 |
| RONALD SANCHEZ, ) | Time:  2:00 p.m. |
| ) | Judge: Edmund F. Brennan |
| Defendant. ) | |
| _____ ) | |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of November 5, 2007 and set a preliminary hearing date of December 5, 2007, at 2:00 p.m..

A further continuance is necessary to allow the parties to complete their negotiations of that portion of the plea agreement that contemplates the defense moving for a variance based on defendant's post-offense rehabilitation.

/////

1

IT IS STIPULATED that the period from the signing of this Order, through and including December 5, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: November 2, 2007

          Respectfully submitted,

          DANIEL BRODERICK
          Federal Defender

          /s/ Caro Marks
          _____
          CARO MARKS
          Assistant Federal Defender
          Attorney for Defendant
          RONALD SANCHEZ

Dated: November 2, 2007

          MCGREGOR SCOTT
          United States Attorney

          /s/ Jason Hitt
          _____
          JASON HITT
          Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: November 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sanchez0133.stipord(2)

2