```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. MAG-06-133 GGH/EFB |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| RONALD SANCHEZ, ) | Date: January 2, 2008<br>Time: 2:00 p.m.<br>Judge: Gregory G. Hollows |
| Defendant. ) | |

   RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of December 5, 2007 and set a preliminary hearing date of January 2, 2008, at 2:00 p.m..

   A further continuance is necessary to allow the parties to complete their negotiations of that portion of the plea agreement that contemplates the defense moving for a variance based on defendant's post-offense rehabilitation.

////

1    IT IS STIPULATED that the period from the signing of this Order,
2 through and including January 2, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
5 ongoing preparation of counsel. The government fully concurs with this
6 request.
7 Dated: November 28, 2007

8                                          Respectfully submitted,

9                                          DANIEL BRODERICK
                                           Federal Defender
10

11                                         /s/ Caro Marks
                                           _____
12                                         CARO MARKS
                                           Assistant Federal Defender
13                                         Attorney for Defendant
                                           RONALD SANCHEZ
14

15 Dated: November 28, 2007

16                                         MCGREGOR SCOTT
                                           United States Attorney
17

18                                         /s/ Jason Hitt
                                           _____
19                                         JASON HITT
                                           Assistant U.S. Attorney
20

21                          **ORDER**

22 **IT IS SO ORDERED.**

23 Dated:   November 28, 2007.

24
                                           EDMUND F. BRENNAN
25                                         UNITED STATES MAGISTRATE JUDGE

26

27

28

Stipulation & Order Sanchez            2