```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) NO. Cr-S-08-011 FCD
                                 )
12             Plaintiff,        )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  RONALD SANCHEZ,              ) Date:  March 24, 2008
                                 ) Time:  10:00 a.m.
15             Defendant.        ) Judge: Frank C. Damrell Jr.
                                 )
16  _____)

17
```

18      RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant
19 Federal Defender, and the United States Government, by and through its
20 counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate
21 and agree to vacate the previously scheduled Change of Plea/Status
22 Conference Date of March 17, 2008 and set a new Change of Plea/Status
23 Conference date of March 24, 2008 at 10:00 a.m..
24      This continuance is requested because defense counsel will be out
25 of the office the week of March 17, 2008.
26      IT IS STIPULATED that the period from the signing of this Order up
27 to and including March 24, 2008 be excluded in computing the time
28 within which trial must commence under the Speedy Trial Act, pursuant

to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of counsel.

                                            Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender


                                            /s/ Caro Marks
                                            _____
                                            CARO MARKS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RONALD SANCHEZ

Dated: March 11, 2008

                                            MCGREGOR SCOTT
                                            United States Attorney


                                            /s/ Jason Hitt
                                            _____
                                            JASON HITT
                                            Assistant U.S. Attorney

                                                **ORDER**

    **IT IS SO ORDERED.**

Dated: March 11, 2008

                                            _____
                                            FRANK C. DAMRELL JR.
                                            U.S. District Judge


Stip and order\Sanchez (Cr-S-08-011 FCD)