```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0011 FCD |
| ) Plaintiff, ) | |
| ) | ORDER CONTINUING JUDGMENT AND |
| v. ) | SENTENCING |
| ) | |
| RONALD SANCHEZ, ) | |
| ) | Date:  August 25, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

The current judgment and sentencing date of July 21, 2008 is vacated and a new J&S date of August 25, 2008 is hereby set.

///
///
///
///
///
///
///
///
///

1    All parties including the courtroom clerk have been notified and
2 are in agreement to this continuance.

3

4 Dated: July 16, 2008                    Respectfully submitted,

5
                                          DANIEL BRODERICK
6                                         Federal Defender

7                                         /s/ Caro Marks
                                          _____
8                                         CARO MARKS
                                          Assistant Federal Defender
9                                         Attorney for Defendant
                                          RONALD SANCHEZ
10

11

12    IT IS SO ORDERED.

13 Dated: July 16, 2008

14                                        _____
                                          FRANK C. DAMRELL, JR.
15                                        UNITED STATES DISTRICT JUDGE